STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
SAMUEL E. BYNES, JR., DEFENDANT-APPELLANT.

Argued February 16, 1970—Decided March 2, 1970.

*Mr. John Anthony Lombardi* argued the cause for appellant.

*Mr. Arthur J. Timins* argued the cause for the respondent (*Mr. Leo Kaplowitz,* Union County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* filed in the Appellate Division, 109 *N. J. Super.* 105.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.